# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIANE BABBIN AND LAURA LEBLANC, Plaintiffs, <br><br> V. <br><br> CBE GROUP, INC., Defendant. | ) ) ) ) ) No. 15-CV-14240-DJC ) ) ) ) ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above entitled action do hereby stipulate and give notice of the dismissal with prejudice of the above-entitled and numbered action.

Date: 06/23/2016

Respectfully submitted,
The Plaintiffs
Laura LeBanc and Diane Babbin
By and through counsel,

/s/ Paul A. Petrillo
Paul A Petrillo, Esq.
202 Main St., Suite 102
Salem, NH 03079
(603) 894-4120
BBO#655406

Date: 06/23/2016

Respectfully submitted,
The Defendant
CBE Group, Inc.
By and through counsel,

/s/ John J. O'Connor
John J. O'Connor, Esq.
BBO# 555251
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
joconnor@peabodyarnold.com